564 A.2d 158

**Elizabeth Laraine STOVER, by her parent and natural guardian, Fred STOVER, Appellant,**

**v.**

**Edwin S. KREMER, M.D., Ronald Zieziula, M.D., Z.R. Skef, M.D., and Hamot Medical Center.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1989.

Decided Oct. 6, 1989.

William T. Jorden, Jorden and White, Meadville, Pa., for appellant.

Will J. Schaaf, Eugene C. Sundberg, Jr., Marsh, Spaeder, Baur, Spaeder & Schaaf, Erie, Pa., for Edwin S. Kremer, M.D. and Ronald Zieziula, M.D.

T. Warren Jones, John W. Draskovic, MacDonald, Illig, Jones & Britton, Erie, Pa., for Z.R. Skef, M.D. and Hamot Medical Center.

Before NIX, C.J., LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.